UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAUL MICHAEL CAPE, <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH COUNTY JAIL, <br><br> Defendant. | CAUSE NO. 3:21-CV-654-RLM-MGG |

OPINION AND ORDER

Paul Michael Cape, a prisoner without a lawyer, filed a complaint regarding inadequate medical care and various conditions of confinement at the St. Joseph County Jail. The court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915A. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted).

Mr. Cape has named only one defendant: the St. Joseph County Jail. The St. Joseph County Jail is a building. It is not a suable entity. Smith v. Knox County Jail, 666 F.3d 1037, 1040 (7th Cir. 2012). Because Mr. Cape hasn't named a defendant who can be held responsible, this complaint doesn't state a claim upon which relief can be granted. He may file an amended complaint. See Luevano v. Wal-Mart, 722 F.3d 1014

(7th Cir. 2013); Loubser v. Thacker, 440 F.3d 439, 443 (7th Cir. 2006). In any amended complaint, Mr. Cape should explain in his own words what happened, when it happened, where it happened, who was involved, and how he was personally injured by the conditions he describes, providing as much detail as possible. Mr. Cape should keep in mind that "public employees are responsible for their own misdeeds but not for anyone else's," Burks v. Raemisch, 555 F.3d 592, 596 (7th Cir. 2009), and that he can't sue different defendants based on unrelated events. "Unrelated claims against different defendants belong in different suits . . .." George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007). *See also* Owens v. Evans, 878 F.3d 559, 566 (7th Cir. 2017).

For these reasons, the court:

(1) GRANTS Paul Michael Cape until **October 25, 2021**, to file an amended complaint; and

(2) CAUTIONS Mr. Cape if he does not respond by the deadline, this case will be dismissed pursuant to 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

SO ORDERED on September 22, 2021

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT
